8/14/08
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

EVGENY TALISOV

CASE NO. 3:08-cr-284-J-25HTS
18 U.S.C. §§ 1071, 3147

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From a date unknown but sometime after April 17, 2008, and continuing up to and including August 4, 2008, in Duval County, in the Middle District of Florida, and elsewhere,

EVGENY TALISOV,

the defendant herein, while on pretrial release pursuant to an order dated March 20, 2008 in Case No. 3:08-cr-96-J-32HTS, harbored and concealed Yuliya S. Piskovaya, a person for whose arrest a warrant had been issued under the laws of the United States, so as to prevent her discovery and arrest, after notice and knowledge of the fact that a warrant had been issued for the apprehension of said person.

In violation of Title 18, United States Code, Section 1071 and Title 18, United States Code, Section 3147(1).

A TRUE BILL,

*Marie C. Smith*
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: *[signature]*
RONALD D. DESANTIS
Special Assistant United States Attorney

By: *[signature]*
FRANK M. TALBOT
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

EVGENY TALISOV

## INDICTMENT

Violations:

18 U.S.C. § 1071 and 18 U.S.C. § 3147

A true bill,

_____
Foreperson

Filed in open court this ____ day

of August, A.D. 2008

_____
Clerk

Bail  $ _____

GPO 863 525